**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                         Plaintiff,

               - against -

ONEKIND.25, INC. d/b/a Cocokind,

                        Defendants.
-----------------------------------------------------------X

Case No.   1:20-cv-6298-NGG-RER

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against OneKind.25, Inc.  No Answer has been filed in this case.

Dated: Scarsdale, New York
        March 1, 2021

                                          SHAKED LAW GOUP, P.C.
                                          Attorneys for Plaintiff

                                      By: */s/Dan Shaked*
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com

---

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: March 5, 2021